UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

WALTER LEE GRAVES, II                                                   PLAINTIFF

v.                             CIVIL ACTION NO. 1:10CV-P124-M

TAYLOR COUNTY GOVERNMENT et al.                        DEFENDANTS

**MEMORANDUM AND ORDER**

       Plaintiff, Walter Lee Graves, II, *pro se*, has filed a letter (DN 8) which the Court interprets to be a motion for this Court to order his transfer to another prison facility, the Marion County Detention Center, so that he will have a reliable mailing address. As reason, Plaintiff states that he has been moved from prison to prison, which makes prosecuting this action difficult.

       The law is clear that inmates have no constitutional right to be incarcerated in any particular institution or a particular part of an institution unless the state has created a liberty interest in remaining at a particular institution. *Montanye v. Haymes,* 427 U.S. 236 (1976); *Beard v. Livesay,* 798 F.2d 874, 876 (6th Cir. 1986). This is not the case in Kentucky where transfer of prisoners is within the discretion of the corrections cabinet. Ky. Rev. Stat. § 197.065.

       Only in extreme situations would a federal court have the authority to order a State to transfer a prisoner and then, usually, it would be in the discretion of the State to select another appropriate facility. *See Streeter v. Hopper*, 618 F.2d 1178, 1182 (5th Cir. 1980); *Walker v. Lockhart*, 713 F.2d 1378, 1383 (8th Cir. 1983); *Moore v. Schuetzle*, 486 F. Supp. 2d 969, 981 (D.N.D. 2007). Plaintiff has not presented such an extreme situation such that this Court would order a transfer.

Accordingly, Plaintiff's motion for transfer to Marion County (DN 8) is **DENIED**.

Date:

cc: Plaintiff, *pro se*
4414.009